FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL 1 0 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4·13CR0292SNLJ** |
| ) | |
| CORY MATTHEW MENG, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On June 6, 2013, in St. Louis County, within the Eastern District of Missouri, the defendant,

**CORY MATTHEW MENG,**

did voluntarily and intentionally forcibly assault, resist, impede, intimidate and interfere with John Jackman, a United States Postal Inspector employed by the United States Postal Inspection Service and, in so doing, the defendant made physical contact with Inspector Jackman while Inspector Jackman was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and thereby punishable

under Title 18, United States Code, Section 111(a).

A TRUE BILL.

———————————————

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

———————————————
JOHN T DAVIS, #40915
Assistant United States Attorney